RECEIVED
NOV 0 8 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

ALBERT JOE MARTIN

VERSUS

LT GRAY, ET AL

CIVIL ACTION NO. 5:05CV1290
JUDGE HICKS SEC P
MAG. JUDGE HORNSBY

## ORDER

Considering the foregoing motion to transfer to another facility, doc #6;

**IT IS HEREBY ORDERED___GRANTED___DENIED**

THUS DONE AND SIGNED at Shreveport, LA, on this _____ day of November, 2005.

_____
Mark L. Hornsby
United States Magistrate Judge

Denied. Plaintiff's lawsuit will be reviewed as expeditiously as possible.

/s/ JH
11-8-05